☑ Original ☐ Duplicate Original

No Greeneville
Eastern District of Tennessee
Clerk, U. S. District Court
SEP 2 2 2025
FILED

# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>THE PREMISES LOCATED AT 2900 CLIFFSIDE RD,<br>KINGSPORT, TN 37664 | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 2:25-MJ-182 SEALED |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____Eastern_____ District of _____Tennessee_____
*(identify the person or describe the property to be searched and give its location)*:

THE PREMISES LOCATED AT 2900 CLIFFSIDE RD, KINGSPORT, TN 37664 as further described in Attachment A, which is incorporated by reference.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

Electronic devices, stored data, records, and items of evidence, as more fully described in Attachment B, which is incorporated by reference.

**YOU ARE COMMANDED** to execute this warrant on or before _____9/29/25_____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m. ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____Cynthia Richardson Wyrick_____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: _____9/15/25 @ 4:46 p_____

_____(signature)_____
Judge's signature

City and state: _____Greeneville, Tennessee_____ _____Cynthia Richardson Wyrick, U.S. Magistrate Judge_____
*Printed name and title*

## Return

| Case No.:<br>2:25-MJ-162 SEALED | Date and time warrant executed:<br>9-15-2025  1654 | Copy of warrant and inventory left with:<br>Christi Miller |
|---|---|---|

Inventory made in the presence of :  Special Agent Jarrod Colliver

Inventory of the property taken and name(s) of any person(s) seized:

External Hard Drive
2 SD Cards
Lenovo Laptop
2 Compaq Laptops
3 Compact Disc
Samsung Tablet
Samsung Phone
Alcatel Phone
Motorola Phone
LG Phone

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:  9/19/2025

_Executing officer's signature_

Peter Evans Special Agent

_Printed name and title_